UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICOLE R HENDERSON,

    Petitioner,

v.                                          Case No. 3:19cv422-LC-HTC

SECRETARY DEPARTMENT OF CORRECTIONS,
FLORIDA ATTORNEY GENERAL,

    Respondents.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 1, 2021 (ECF No. 26).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:19cv422-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Henderson*, 2012-CF-4865, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 1, be DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 4th day of November, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv422-LC-HTC