UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICOLE R. HENDERSON,

    Petitioner,

v.                                      Case No. 3:19cv422-LC-HTC

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 18, 2022, recommending Petitioner's Motion for Reopening of Time to File Notice of Appeal (ECF Doc. 36) be GRANTED. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:19cv422-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 39) is adopted and incorporated by reference in this order.

2. Petitioner's Motion for Reopening of Time to File Notice of Appeal (ECF Doc. 36) is **GRANTED**.

3. The clerk is directed to docket the Notice of Appeal attached to the Motion to Reopen (ECF Doc. 36-1) separately as a Notice of Appeal, and forward the Notice and required documents to the Eleventh Circuit Court of Appeals.

4. The clerk is directed to forward the Petitioner's "Renewed Motion for Certificate of Appealability" to the Eleventh Circuit, since the undersigned has previously denied a certificate of appealability.

**ORDERED** on this 8th day of February, 2022.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge